IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARWIN C. EDWARDS,** | Case No. 2:17-cv-02077-CKD |
| Petitioner, | **ORDER** |
| v. | |
| **STU SHERMAN,** | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's reply to Petitioner's opposition to motion to dismiss be filed on or before March 10, 2018.

Dated: February 9, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE